UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DANISHA HARRIS; ANTANISHA WILEY; DEONTE MASK; JASON RYAN; individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHIPTOLE MEXICAN GRILL, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | CIV. NO. 2:13-2472 WBS EFB<br><br>ORDER |

----oo0oo----

On December 24, 2013, plaintiffs filed a Motion to Strike nineteen of defendant's affirmative defenses pursuant to Federal Rule of Civil Procedure 12(f). In lieu of filing an opposition to plaintiffs' motion, defendant filed a "First Amended Answer" on January 15, 2014.

Pursuant to Federal Rule of Civil Procedure 15(a)(1), a "party may amend its pleading once as a matter of course within:

1

1   (A) 21 days after serving it, or (B) if the pleading is one
2   to which a responsive pleading is required, 21 days after service
3   of a responsive pleading or 21 days after service of a motion
4   under Rule 12(b), (e), or (f), whichever is earlier." Fed. R.
5   Civ. P. 15(a)(1). Defendant's "First Amended Answer" was
6   untimely under Rule 15(a)(1)(A) because it was filed twenty-eight
7   days after defendant filed its initial Answer. Defendant cannot
8   amend as a matter of course under Rule 15(a)(1)(B) because a
9   responsive pleading is not required for an answer. Because
10  defendant was not entitled to amend its answer under Rule
11  15(a)(1), Rule 15(a)(2) required defendant to obtain leave of
12  court or plaintiffs' written consent prior to amendment. See id.
13  R. 15(a)(2).
14          In the interest of efficiency and because defendant's
15  attempt to file an amended answer was only one week outside of
16  the time it could have done so as a matter of course, the court
17  will construe defendant's untimely "First Amended Answer" as a
18  request for leave to file an amended answer and grant defendant
19  leave to file an amended answer. After defendant files its
20  amended answer, plaintiffs may file a subsequent motion to strike
21  if doing so is truly necessary and the particularity plaintiffs
22  seek cannot be obtained through interrogatories.
23          IT IS THEREFORE ORDERED that plaintiffs' motion to strike
24  (Docket No. 8) be, and the same hereby is, DENIED as moot and the
25  hearing set for January 27, 2014, at 2:00 p.m. is vacated; and
26  defendant's "First Amended Answer" (Docket No. 9) be, and the
27  same hereby is, stricken as untimely.
28          Defendant shall file a First Amended Answer within five

1 | days of the date that this Order is signed.
2 | Dated:  January 24, 2014

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE