Edwin Aiwazian (Cal. State Bar No. 232943)
    *edwin@lfjpc.com*
Jill J. Parker (Cal. State Bar No. 274230)
    *jill@lfjpc.com*
Arby Aiwazian (Cal. State Bar No. 269827)
    *arby@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / (818) 265-1021

R. Rex Parris (SBN 96567)
    *rrparris@rrexparris.com*
Alexander R. Wheeler (SBN 239541)
    *awheeler@rrexparris.com*
Kitty Szeto (SBN 258136)
    *kszeto@rrexparris.com*
**R. REX PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Tel: (661) 949-2595 / Fax: (661) 949-7524

*Attorneys for* Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANISHA HARRIS; ANTANISHA WILEY; DEONTÉ MASK; JASON RYAN; individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:13-CV-02472-WBS-EFB<br><br>Honorable William B. Shubb<br>Courtroom 5<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO MODIFY SCHEDULING ORDER** |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
*EX PARTE* APPLICATION TO MODIFY SCHEDULING ORDER

**ORDER**

The Court considered Plaintiffs Danisha Harris, Antanisha Wiley, Deonté Mask, and Jason Ryan's (collectively, "Plaintiffs") *Ex Parte* Application to Modify Scheduling Order. The Court, having considered the papers and argument submitted, hereby rules and finds as follows:

Plaintiff's *ex parte* application is hereby **GRANTED**. Plaintiff has shown good cause to continue the pretrial and trial dates set forth in the Court's February 24, 2014 Status (Pretrial Scheduling) Order. The new pre-trial and trial dates are as follows:

1. The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than September 8, 2015. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before October 8, 2015.

2. All discovery shall be completed by June 15, 2015. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than June 15, 2015.

3. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before August 3, 2015.

4. The Final Pretrial Conference is reset for October 26, 2015, at 2:00 p.m. in Courtroom No. 5.

5. The jury trial is reset for December 8, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated: September 15, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE