Edwin Aiwazian (Cal. State Bar No. 232943)
   *edwin@lfjpc.com*
Arby Aiwazian (Cal. State Bar No. 269827)
   *arby@lfjpc.com*
Jill J. Parker (Cal. State Bar No. 274230)
   *jill@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:   (818) 265-1020
Facsimile:   (818) 265-1021

[Additional List of Counsel Continued on Next Page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANISHA HARRIS; ANTANISHA WILEY; DEONTÉ MASK; JASON RYAN; individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:13-CV-02472-WBS-EFB<br><br>Honorable Edmund F. Brennan<br>Courtroom 8<br><br>**CLASS ACTION**<br><br>**[PROPOSED] SUMMARY OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF DANISHA HARRIS' MOTION TO COMPEL DEFENDANTS CHIPOTLE MEXICAN GRILL SERVICE CO., LLC AND CHIPOTLE SERVICES, LLC TO PROVIDE FURTHER RESPONSES TO PLAINTIFF'S INTERROGATORIES (SET ONE)** |

R. Rex Parris (Cal. State Bar No. 96567)
   *rrparris@rrexparris.com*
Alexander R. Wheeler (Cal. State Bar No. 239541)
   *awheeler@rrexparris.com*
Kitty K. Szeto (Cal. State Bar No. 258136)
   *kszeto@rrexparris.com*
**R. REX PARRIS LAW FIRM**
43364 10TH Street West
Lancaster, California 93534
Telephone:   (661) 949-2595
Facsimile:   (661) 949-7524

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

[PROPOSED] SUMMARY OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF DANISHA HARRIS' MOTION TO COMPEL DEFENDANTS CHIPOTLE MEXICAN GRILL SERVICE CO., LLC AND CHIPOTLE SERVICES, LLC TO PROVIDE FURTHER RESPONSES TO PLAINTIFF'S INTERROGATORIES (SET ONE)

**[PROPOSED] SUMMARY OF ORDER**

Plaintiff Danisha Harris' ("Plaintiff") Motion to Compel Defendants Chipotle Mexican Grill Service Co., LLC and Chipotle Services, LLC ("Defendants") to Provide Further Responses to Plaintiff's Special Interrogatories (Set One) came on for hearing on November 5, 2014 at 10:00 a.m. in the above-entitled court. Jill J. Parker appeared for Plaintiff. Danielle T. Felder and Jason W. Kearnaghan appeared for Defendants. After consideration of all the papers filed in connection with Plaintiff's motion, and all other matters presented to the Court, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to compel further responses to Interrogatories Nos. 2, 5, 8, and 9 is granted. In connection with the production of the contact information for the putative class of non-Hispanic employees, Counsel for the parties shall meet and confer regarding the preparation of an opt-out notice. The parties shall submit their draft opt-out notice to the Court for approval. In the event the parties disagree regarding the content of the opt-out notice, the parties shall so inform the Court.

2. Plaintiff's motion to compel further responses to Interrogatories Nos. 3, 4, 6, 7, and 10 is denied, subject to the requirement that Defendants provide verified responses stating that they do not have any information in their possession, custody, or control, regarding the race, color, ethnicity, or national origin of any applicant who was never employed by any of the Defendants.

**IT IS SO ORDERED.**

Dated: November 14, 2014

Honorable Edmund F. Brennan
United States Magistrate Judge

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

[PROPOSED] SUMMARY OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF DANISHA HARRIS' MOTION TO COMPEL DEFENDANTS CHIPOTLE MEXICAN GRILL SERVICE CO., LLC AND CHIPOTLE SERVICES, LLC TO PROVIDE FURTHER RESPONSES TO PLAINTIFF'S INTERROGATORIES (SET ONE)