Edwin Aiwazian (Cal. State Bar No. 232943)
    *edwin@lfjpc.com*
Jill J. Parker (Cal. State Bar No. 274230)
    *jill@lfjpc.com*
Arby Aiwazian (Cal. State Bar No. 269827)
    *arby@aiwazian.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:   (818) 265-1020
Facsimile:    (818) 265-1021

*Attorneys for* Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANISHA HARRIS; ANTANISHA WILEY; DEONTÉ MASK; JASON RYAN;  individually, and on behalf of other members of the general public similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:13-CV-02472-WBS-EFB<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL DATE** |

The Court, having reviewed the parties' Joint Stipulation for Continuance of Final Pretrial Conference and Trial Date, orders as follows:

1. The parties' stipulation is approved.

2. The Final Pretrial Conference is continued to November 23, 2015 at **1:30 p.m.**

3. The Trial Date is continued to January 20, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**
Dated:  October 23, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL DATE