1 | Edwin Aiwazian (Cal. State Bar No. 232943)
2 | *edwin@lfjpc.com*
  | **LAWYERS *for* JUSTICE, PC**
3 | 410 West Arden Avenue, Suite 203
  | Glendale, California 91203
4 | Telephone:  (818) 265-1020
  | Facsimile:   (818) 265-1021
5
6 | *Attorneys for* Plaintiff

7 | **MESSNER REEVES LLP**
8 | Charles C. Cavanagh (CA State Bar No. 198468)
  | 1430 Wynkoop Street, Suite 300
9 | Denver, Colorado 80202
10 | Tel: (303) 623-1800 / Fax: (303) 623-0552

11 | Eric De Wames (CA State Bar No. 229745)
12 | 11620 Wilshire Blvd., Suite 900
   | Los Angeles, California 90025
13 | Tel: (310) 909-7440 / Fax: (310) 889-0896
14 | E-mail:  ccavanagh@messner.com
   |          edewames@messner.com
15

16 | *Attorneys for* Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANISHA HARRIS; ANTANISHA WILEY; DEONTÉ MASK; JASON RYAN; individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:13-CV-02472-WBS-EFB<br><br>Honorable William B. Shubb<br>Courtroom 5<br><br>**CLASS ACTION**<br><br>**[~~PROPOSED~~] ORDER AND JUDGMENT**<br><br>Complaint Filed:  November 26, 2013<br>Trial:                       December 8, 2015 |

# ORDER

The Court, having reviewed the parties' Joint Stipulation for Dismissal, orders and enters judgment as follows:

1. Plaintiffs' individual claims are hereby dismissed with prejudice;
2. The class claims are hereby dismissed without prejudice;
3. Each Party shall bear their own attorneys' fees and litigation costs/expenses.
4. All dates and deadlines are vacated.

**IT IS SO ORDERED.**

Dated: November 23, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER AND JUDGMENT